**Frank Smith, appellee, v. East St. Louis & Suburban Railway Company, appellant.**

Action for damages for injuries to a passenger in a collision

Judgment for plaintiff. Appeal from the Circuit Court of Madison County; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed November 10, 1921.

Burroughs & Ryder, for appellant. Geers & Geers, for appellee.

Mr. Presiding Justice Higbee delivered the opinion of the court.

---

Mr. Presiding Justice Higbee delivered the opinion of the court.